IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No.: 09-1896 PAM/JSM

| | |
|---|---|
| MAGGIE ERIKSSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

The Defendant having consented to a voluntary dismissal and withdrawn its motion, and for good cause shown, it is hereby

ORDERED the above entitled complaint is and shall be dismissed without prejudice.

LET JUDGMENT BE ENTERED.

Dated: December 14, 2009

s/Paul A. Magnuson
PAUL A. MAGNUSON, Judge
United States District Court